**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER REED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:20-cv-00083** |
| | ) | |
| **v.** | ) | **Judge Trauger** |
| | ) | |
| **WEST END PIZZA, INC., d/b/a** | ) | |
| **JET'S PIZZA, and LARRY LAVIGNE,** | ) | **Jury Demand** |
| **individually,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**AGREED ORDER OF DISMISSAL**

It appears to the Court, as evidenced by the signatures of counsel below, that all matters in dispute between Plaintiff Christopher Reed and Defendants West End Pizza, Inc., d/b/a Jet's Pizza, and Larry Lavigne, individually, have been resolved and that Plaintiff's Complaint should be dismissed. Accordingly, this case is dismissed with prejudice.

It is so ORDERED.

_____
Hon. Aleta A. Trauger
United States District Judge

Approved for Entry:


s/Douglas B. Janney III
Douglas B. Janney III (BPR No. 19112)
2021 Richard Jones Road, Suite 310A
Nashville, Tennessee 37215
(615) 742-5900
doug@janneylaw.com

*Attorney for Plaintiff*


s/Brent A. Morris
Fred J. Bissinger, BPR No. 19671
Brent A. Morris, BPR No. 24621
WIMBERLY LAWSON WRIGHT DAVES & JONES, PLLC
214 Second Avenue, North, Suite 3
Nashville, Tennessee  37201
(615) 727-1000 (phone)
(615) 727-1001 (fax)
Email: fbissinger@wimberlylawson.com
bmorris@wimberlylawson.com

Howard Jackson, BPR No. 021316
WIMBERLY LAWSON WRIGHT DAVES & JONES, PLLC
550 Main Avenue, Suite 900
Knoxville, Tennessee 37901-2231
(865) 546-1000 (phone)
(865) 546-1001 (fax)
Email: hjackson@wimberlylawson.com

*Attorneys for Defendants*

2