# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER REED, | ) |
| Plaintiff, | ) Case No. 3:20-cv-00083 |
| v. | ) Judge Trauger |
| WEST END PIZZA, INC., d/b/a JET'S PIZZA, and LARRY LAVIGNE, individually, | ) Jury Demand |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

It appears to the Court, as evidenced by the signatures of counsel below, that all matters in dispute between Plaintiff Christopher Reed and Defendants West End Pizza, Inc., d/b/a Jet's Pizza, and Larry Lavigne, individually, have been resolved and that Plaintiff's Complaint should be dismissed. Accordingly, this case is dismissed with prejudice.

It is so ORDERED.

Hon. Aleta A. Trauger
United States District Judge

Approved for Entry:


s/Douglas B. Janney III
Douglas B. Janney III (BPR No. 19112)
2021 Richard Jones Road, Suite 310A
Nashville, Tennessee 37215
(615) 742-5900
doug@janneylaw.com

*Attorney for Plaintiff*


s/Brent A. Morris
Fred J. Bissinger, BPR No. 19671
Brent A. Morris, BPR No. 24621
WIMBERLY LAWSON WRIGHT DAVES & JONES, PLLC
214 Second Avenue, North, Suite 3
Nashville, Tennessee 37201
(615) 727-1000 (phone)
(615) 727-1001 (fax)
Email: fbissinger@wimberlylawson.com
bmorris@wimberlylawson.com

Howard Jackson, BPR No. 021316
WIMBERLY LAWSON WRIGHT DAVES & JONES, PLLC
550 Main Avenue, Suite 900
Knoxville, Tennessee 37901-2231
(865) 546-1000 (phone)
(865) 546-1001 (fax)
Email: hjackson@wimberlylawson.com

*Attorneys for Defendants*